UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re | ) |
| | ) Chapter 13 |
| Roslyn Blair Brannon | ) |
| | ) Case # 04-32314 |
| | ) |
| SSAN/Tax I.D.#    xxx-xx-4728 | ) |
| | ) |
| Debtor(s) | ) |

## MOTION OF TRUSTEE FOR AUTHORITY TO TRANSFER CERTAIN RESERVED FUNDS INTO COURT REGISTRY

The undersigned standing trustee respectfully requests that the Court authorize him to transfer certain funds totaling $9,909.44 that he is now holding in reserve in the above-referenced Chapter 13 case to the Court Registry for disposition pursuant to 11 U.S.C. Section 347(a). In support of his motion, the trustee would show that he is informed, believes and hereby alleges as follows:

1. By order entered June 25, 2009 the Court ordered the trustee to temporarily suspend all disbursements on the claims held in the debtor's confirmed plan by Asset Backed Security Corporation (hereinafter "ABSC") and Brawley Farms Homeowners Association (hereinafter "BFHA") pending consideration of the debtor's motion to modify plan.

2. As of the date of entry of the Court's order, the trustee was holding in reserve funds on account of the affected claimants as follows:

    ABSC - $ 9,724.48    .

    BFHA - $   184.96    .

3. The aforementioned funds were being held in reserve by the trustee due to the failure of the claimants to provide the trustee with valid mailing addresses for disbursement purposes.

4. By subsequent order entered July 14, 2009, the Court granted the debtor's motion to modify the terms of her confirmed plan to provide for the surrender of her interest in the real property which constituted the security for the claims of ABSC and BFHA.

5. The debtor's plan has now been completed by payment.

6. As the relief granted in the Court's order of July 14, 2009 was not retroactive in its application, the trustee presumes that the funds held in reserve for ABSC and BFHA should now be transferred to the Court Registry on behalf of those claimants for disposition consistent with the provisions of the aforementioned statutory provision.

Wherefore, the trustee respectfully requests that the Court schedule a hearing on his motion, that it authorize him to transfer the reserved funds as requested herein, and that it grant such further and other relief as is appropriate and just.

Dated this the 19th day of Nov., 2009.

Warren L. Tadlock
Chapter 13 Trustee
N.C. Bar #9000
4600 Park Road, Suite 101
Charlotte, N.C. 28209
(704) 372-9650

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
ROSLYN BLAIR BRANNON

CASE NO: 04-32314

SSN# : XXX-XX-4728

### NOTICE OF HEARING

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor named above for authority to transfer certain reserved funds into court registry.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested by the trustee, or if you want the court to consider your views, then within twenty (20) days of the date of the service of these papers, you or your attorney must file with the court a written response and a request for a hearing at the following address:

CLERK, U.S. BANKRUPTCY COURT  
401 W Trade St, Room 111  
PO Box 34189  
Charlotte, NC  28234-4189

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

A hearing will be held at the following time and place:

Date: December 15, 2009      Time: 9:30 am

Location:   Charles Jonas Federal Building  
Room 126  
401 West Trade Street  
Charlotte, NC 28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 11/19/2009

Warren L. Tadlock  
Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
ROSLYN BLAIR BRANNON

CASE NO: 04-32314

SSN# : XXX-XX-4728

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the motion of Trustee for authority to transfer certain reserved funds into Court registry has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid.

Dated: November 19, 2009

L. Pascal  
Office of the Chapter 13 Trustee

ASSET BACKED SECURITY CORP, WASHINGTON MUTUAL BANK FA, 9451 CORBIN AVENUE N010204, NORTHRIDGE, CA 91324  
ROSLYN BLAIR BRANNON, 9840 DRAWBRIDGE DRIVE, CHARLOTTE, NC 28215  
BRAWLEY FARMS HOMEOWNERS ASSOC, PO BOX 11906, CHARLOTTE, NC 28220

Total Served: 3