

FILED & JUDGMENT ENTERED
David E. Weich

Dec 22 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*George R. Hodges*
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

ROSLYN BLAIR BRANNON

SSN#: XXX-XX-4728

Chapter 13
CASE NO: 04-32314
Related Document Number: 49

**ORDER**

ON 12/15/2009, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion for Authority to Transfer Certain Reserved Funds into Court Registry

**AND, THIS COURT FINDS** that:
[ Y/N ] Debtor present   [ Y/N ] J BARON GROSHON PA  present
[ ] Plan payments are in substantial default.
[ ] Debtor can resume payments in _____.
[✓] _Good cause exists to grant motion_

**IT IS, THEREFORE, ORDERED** that:
[ ] Case is hereby dismissed.
[ ] Objection is sustained/overruled/withdrawn/settled.
[ ] Case subject to dismissal without further notice upon payment default for _____.
[ ] Plan payments are changed to $_____ per month.
[ ] Plan composition percentage is set at _____%.
[ ] Plan term set at _____ months; minimum unsecured dividend is adjusted as necessary.
[ ] Attorney for debtor allowed presumptive, non-base fee of $_____.
[ ] Hearing is continued to _____.
[✓] Motion is allowed/denied/withdrawn/satisfied.
[✓] _Reserved funds to be paid into Court Registry_

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on December 18, 2009.

L. Wilkins
Office of the Chapter 13 Trustee

ROSLYN BLAIR BRANNON, 9840 DRAWBRIDGE DRIVE, CHARLOTTE, NC 28215

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT JUDGE